# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 20, 2014

## NO. 03-13-00372-CR

**Christopher D. Hyde, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment of conviction entered by the trial court. Christopher D. Hyde has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Hyde to withdraw his notice of appeal, and dismisses the appeal. Because Hyde is indigent and unable to pay costs, no adjudication of costs is made.